# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| TABITHA K MWANGANGI, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 2:13-cv-0114-MHH |
| ) | |
| PORTFOLIO RECOVERY ) | |
| ASSOCIATION, LLC. ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties in the above-styled cause filed a joint stipulation of dismissal (doc. 13), reciting that the action should be dismissed with prejudice. Based on the parties' joint stipulation, it is ordered that the above-styled action and all claims contained therein are DISMISSED WITH PREJUDICE. Each party is to bear its own costs.

The clerk is DIRECTED to close the file.

Done, this the 18th day of April, 2013.

*/s/ Madeline H. Haikala*

MADELINE HUGHES HAIKALA
U.S. MAGISTRATE JUDGE